IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| MICHAEL T. COOPER | § | |
| --- | --- | --- |
| | § | |
| v. | § | CIVIL ACTION NO. 6:16cv1270 |
| | § | |
| THE UNIVERSITY OF TEXAS HEALTH SCIENCE CENTER AT TYLER, also known as UT HEALTH NORTHEAST | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of the case has been presented for consideration. The Report and Recommendation (Docket No. 57), filed on February 5, 2018, recommends that Defendant's Motion for Summary Judgment (Docket No. 46) be granted. No written objections to the Report and Recommendation have been filed. The Court therefore **ADOPTS** the findings and conclusions of the Magistrate Judge as those of the Court. There is no genuine dispute as to any material fact concerning whether intentional discrimination occurred. It is therefore

**ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 46) is **GRANTED** and complaint is **DISMISSED WITH PREJUDICE**.

SIGNED this 1st day of March, 2018.

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE